UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81890-MIDDLEBROOKS

DANIEL LUGO,

      Plaintiff,

      v.

JUPITER REEF CLUB CONDOMINIUM
OWNERS ASSOCIATION, INC.

      Defendant.

_____-/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew Levitt | s/Patrick J. Folley |
| DREW LEVITT | PATRICK J. FOLLEY |
| Florida Bar No. 782246 | Florida Bar No. 1000346 |
| drewmlevitt@gmail.com | Patrick.folley@csklegal.com |
| LEE D. SARKIN | RACHEL B. BEIGE |
| Florida Bar No. 962848 | Florida Bar No. 16366 |
| Lsarkin@aol.com | Rachel.beige@csklegal.com |
| 4700 N.W. Boca Raton Boulevard | COLE, SCOTT & KISSANE, P.A. |
| Suite 302 | Esperante Building |
| Boca Raton, Florida 33431 | 222 Lakeview Avenue, Suite 120 |
| Telephone (561) 994-6922 | West Palm Beach, Florida 33401 |
| Attorneys for Plaintiff | Telephone (561) 383-9214 |
| | Attorneys for Defendant |