UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-81890-CV-MIDDLEBROOKS

DANIEL LUGO,

      Plaintiff,

v.

JUPITER REEF CLUB CONDOMINIUM
OWNERS ASSOCIATION, INC.,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Parties' Notice of Dismissal with Prejudice, filed jointly on March 16, 2023.  (DE 10). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Each of the parties shall bear its own attorneys' fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 20 day of March, 2023.

Donald M. Middlebrooks
United States District Judge